UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clinton Javier Almonte Chapman,

                Plaintiff,

     v.                                       **ORDER**

Commissioner of Social Security,          21 Civ. 1303 (ER)

                Defendant.

RAMOS, D.J.:

       On February 12, 2021, Clinton Javier Almonte Chapman brought this action against the Commissioner of Social Security and filed an application to proceed *in forma pauperis* ("IFP"). Docs. 1, 2. In his IFP application, Chapman explains that his "wife is employed but [he] does not know her salaray [sic]" and that his "wife pays expenses." Doc. 1 at 2.

       A person may apply to the court for authorization to commence an action without prepayment of filing fees upon a showing that he or she is unable to pay the fees and wishes to proceed IFP. 28 U.S.C. § 1915(a). Because Chapman has not specified the amount of his source of income from his wife, he has not shown that he is unable to pay the fees. Chapman's IFP application is therefore denied. Chapman may file an amended IFP application specifying his wife's contribution to his income by no later than **March 5, 2021**.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

       It is SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                                                  Edgardo Ramos, U.S.D.J.