UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CLINTON JAVIER ALMONTE CHAPMAN,

           Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

------------------------------------------------------------x

21-CV-1303 (ER) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that on February 19, 2021, Judge Ramos denied *pro se* Plaintiff's *in forma pauperis* (IFP) status, granting Plaintiff until March 5, 2021, to file an amended IFP application. (*See* ECF 5). Plaintiff failed to either file an amended IFP application or to pay the filing fee so that this case may proceed.

Plaintiff is directed to either pay the $402 filing fee or file an amended IFP application **no later than Friday, December 8, 2023**. **Failure to do so <u>will</u> result in my recommending Plaintiff's case be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).**

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

SO ORDERED.

Dated: November 8, 2023
New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge